# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 22-1200**                            **September Term, 2022**

FMC-16-16

Filed On: December 8, 2022 [1976895]

MAVL Capital, Inc, et al.,

        Petitioners

        v.

Federal Maritime Commission and United States of America,

        Respondents

## O R D E R

By order filed October 31, 2022, petitioners were ordered to show cause by November 30, 2022, why this case should not be dismissed as untimely. To date, no response has been received from petitioners. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by January 23, 2023.

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                          BY:     /s/
                                              Laura M. Morgan
                                              Deputy Clerk