# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 22-1200**  **September Term, 2022**

FMC-16-16

**Filed On: January 24, 2023** [1982778]

MAVL Capital, Inc, et al.,

    Petitioners

  v.

Federal Maritime Commission and United
States of America,

    Respondents

## M A N D A T E

In accordance with the order of December 8, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
       Daniel J. Reidy
       Deputy Clerk

Link to the order filed December 8, 2022